GENEVA LEPPARD, Appellant, *v.* JOHN J. O'BRIEN, Respondent.

(Argued October 23, 1929; decided November 19, 1929.)

*Walter A. Chambers* for appellant.
*William C. Maynard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.
Dissenting: CARDOZO, Ch. J., POUND and HUBBS, JJ.